```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PATRICK H. BARCLAY,                        JUDGMENT
                                           02-CV- 2184 (JBW)
                 Petitioner,
    -against-
ELIOT SPITZER,
                 Respondent.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on June 15, 2005, dismissing the petition for a writ of habeas corpus; granting a Certificate of Appealability on petitioner's claims of inadequacy of state trial counsel; and directing that no other issue raises a possible valid constitutional claim; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is dismissed; that a Certificate of Appealability is granted on petitioner's claims of inadequacy of state trial counsel; and that no other issue raises a possible valid constitutional claim.

Dated: Brooklyn, New York
       October 14, 2005

ROBERT C. HEINEMANN
Clerk of Court